IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHNNY WELCH,

      Appellant,

v.

WALTON CORRECTIONAL
INSTITUTION,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2592

_____/

Opinion filed December 15, 2016.

An appeal from an order of the Circuit Court for Walton County.
David W. Green, Judge.

Johnny Welch, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Kenneth S. Steely, General
Counsel, Florida Department of Corrections, Tallahassee, for Appellee.

PER CURIAM.

      DISMISSED.

WOLF, RAY, and MAKAR, JJ., CONCUR.